William W. Snelling and William H. Snelling, Respondents, v. Hydesaburo Ohashi, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

West End Dry Dock Company, Respondent, v. Benjamin E. Valentine, Appellant.— Judgment of the Municipal Court reversed on the stipulation filed, pursuant to section 325 of the Municipal Court Act,* with five dollars costs and disbursements. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Thomas Bearer, Appellant, v. Harry Pistor and Louis Levy, etc., Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Herman Bernstein, Appellant, v. Fernando Solinger, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Anna E. Bree, Respondent, v. Magdalena Schlitz, as Receiver, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Joseph Burke, Appellant, v. Louis Westphal, Respondent.— Judgment of the Municipal Court affirmed, with costs, on the ground that it appears by the testimony of plaintiff that he had executed an assignment of the claim constituting the cause of action, and there was no proof of any reassignment thereof to him. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

James Callaghan and John J. Roulet, Respondents, v. Pietrowski & Konop Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Rosario Camereri, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Daniel Ehntholt, Respondent, v. Thomas Capek, Appellant,— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

George Eurick, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Burr, J., dissented.

Emma Faudington, as Administratrix, etc., of James A. Faudington, Deceased, Respondent, v. Erie Railroad Company, Appellant:— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Morris Geller, Appellant, v. Williamsburgh Trust Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Burr, J., taking no part.

Edward J. Glenn, Respondent, v. Sven G. Peterson, Appellant, Impleaded with Harriet E. Powell, alias Harriet E. Woodworth, Defendant.— Judgment

---

*Laws of 1902, chap. 580, § 325.— [Rep.